**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ZARITZIA LISBET RENTAS,

                Plaintiff,                21 **CIVIL** 414 (GWG)

    -v-                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 25, 2022, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Appeals Council will instruct the Administrative Law Judge to give the claimant an opportunity for a hearing.

**Dated:**  New York, New York
          May 25, 2022

                                          **RUBY J. KRAJICK**

                                          _____
                                          **Clerk of Court**
                **BY:**      *K. Mango*
                                          _____
                                          **Deputy Clerk**